IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBBIE E. BROWER,

    Plaintiff,

vs.

LYNN ANDERSON, Sheriff; Capt.
JOHNNY GRINER; Lt. LARRY
BARRINER; Lt. GENE WEST,
and Sgt. DANNY TREMBLE,

    Defendants.

CIVIL ACTION NO.: CV606-031

## ORDER

Plaintiff, an inmate at the Bulloch County Jail in Statesboro, Georgia, submitted a complaint brought pursuant to 42 U.S.C. § 1983. Along with his complaint, Plaintiff filed a "Motion for Resolution and Judgment." This "motion" is the relief he seeks and will be considered as part of his complaint. To the extent the pleading is a motion, it is **dismissed**.

SO ORDERED, this 30th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)