IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBBIE E. BROWER,

    Plaintiff,

vs.

LYNN ANDERSON, Sheriff; Capt.
JOHNNY GRINER; Lt. LARRY
BARRINER; Lt. GENE WEST,
and Sgt. DANNY TREMBLE,

    Defendants.

CIVIL ACTION NO.: CV606-031

## ORDER

Plaintiff has filed a Motion to Include asserting that he desires to file various documents as supporting evidence. Plaintiff's motion is **GRANTED**.

**SO ORDERED**, this 20th day of June, 2006.

    JAMES E. GRAHAM
    UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)