FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 13 PM 1:19

SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

ROBBIE E. BROWER,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV606-031

LYNN ANDERSON, Sheriff; Capt.
JOHNNY GRINER; Lt. LARRY
BARRINER; Lt. GENE WEST;
Sgt. DANNY TREMBLE, and
TIM NESMITH, Deputy Sheriff,

    Defendants.

## ORDER

    Plaintiff, an inmate formerly incarcerated at the Bulloch County Sheriff's Complex in Statesboro, Georgia, filed the captioned action *in forma pauperis* seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated March 23, 2006, Plaintiff was advised that he "... shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice."

    On February 9, 2007, the Clerk's office forwarded a copy of a Notice to Plaintiff at the Bulloch County Sheriff's Complex, the only address provided by plaintiff. That Notice was returned by the United States Postal Service, with the notation that Plaintiff is "NOT HER" (sic). As Plaintiff has not advised the Court of a change in his address,

AO 72A
(Rev. 8/82)

in violation of this Court's March 23, 2006, Order this action is **DISMISSED**, without prejudice, for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. <u>Link v. Wabash Railroad Company</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

**SO ORDERED**, this 18th day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)