# United States District Court
## Southern District of Georgia

ROBBIE E. BROWER
                Plaintiff

JUDGMENT IN A CIVIL CASE

V.                CASE NUMBER: CV606-031

LYNN ANDERSON, Sheriff; Capt. JOHNNY GRINER; Lt. LARRY BARRINER; ET AL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 18, 2007, dismissing this case without prejudice for want of prosecution; Judgment is hereby entered. This action stands closed.

4/18/2007          Scott L. Poff
Date                    Clerk

*Mary Anne Hill*
(By) Deputy Clerk